1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | SALVADOR DUENAS, | Case No. 2:23-06108 FMO (ADS) |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND |
| 14 | LOS ANGELES POLICE DEPT., et al., | RECOMMENDATION |
| 15 | Defendants. | |

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and

18 Recommendation of United State Magistrate Judge, (Dkt. No. 23).  No objections were

19 filed, and the time to do so has passed.  The Court accepts the findings and

20 recommendations of the Magistrate Judge.

21        Although Plaintiff did not object to the Report, he filed a Motion to Stay

22 Proceedings.  (Dkt. No. 26.)  Plaintiff alleges that he has "recently been convicted in a

23 related state criminal proceeding and sentenced to eight (8) years of incarceration" and

24

that he seeks a six-month stay of this case while he pursues a criminal appeal, "which may directly affect the issues raised in this case." *Id*. at 2.

Plaintiff's motion for a stay is denied. To the extent that his criminal appeal raises issues "which may directly affect the issues raised in this case," he may not litigate the issues raised in this case until his conviction has been invalidated. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994). A *Heck* bar may arise even where, as here, Plaintiff's criminal conviction appears to have occurred after he filed his Civil Rights Complaint. *See Mora v. Desimone*, 2024 WL 694290, at *2 (E.D. Cal. Feb. 20, 2024) (action was barred by *Heck* where Plaintiff's state court criminal conviction occurred after the complaint in the civil action was filed). Because this action is barred by *Heck*, it must be dismissed without prejudice. *See Trimble v. City of Santa Rosa*, 49 F.3d 583, 585 (9th Cir. 1995) (*per curiam*) (dismissals under *Heck* are without prejudice).

Finally, even if Plaintiff's claims were not barred by *Heck*, they still would be subject to dismissal. As the Report explained in detail, Plaintiff's claims remain conclusory even after Plaintiff was granted two opportunities to amend his Complaint. Thus, this action is dismissed in its entirety.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 23);
2. The motion for a stay is denied, (Dkt. No. 26);
3. The case is dismissed in its entirety without prejudice; and
4. Judgment is to be entered accordingly.

DATED: December 18, 2024            _____/s/_____
                                    THE HONORABLE FERNANDO M. OLGUIN
                                    United States District Judge