JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR DUENAS,<br><br>                    Plaintiff,<br><br>         v.<br><br>LOS ANGELES POLICE DEPT., et al.,<br><br>                    Defendants. | Case No. 2:23-06108 FMO (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: December 18, 2024

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
United States District Judge